# EXHIBIT A

IN THE CIRCUIT OURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

PEMBROKE PINES RLL HOLDING CORP, a/a/o
Robert Lennon,

CASE NO.: CACE18-026497 (12)

        Plaintiff,

vs.

BROWARD COUNTY, BROWARD COUNTY
CLERK OF COURT, AND UNITED STATES OF
AMERICA, INTERNAL REVENUE SERVICE,

        Defendant(s),
_____/

BROWARD COUNTY, a political
subdivision of the state of Florida,

        Third-Party Plaintiff,

vs.

INTERNAL REVENUE SERVICE,
PEMBROKE PINES RLL HOLDING
CORPORATION, ROBERT LENNON
AND THE ESTATE OF
MILDRED R. LENNON (DECEASED),

        Third-Party Defendants.
_____/

## BROWARD COUNTY'S MOTION FOR DEPOSIT

      BROWARD COUNTY through its undersigned attorney pursuant to Florida Rule of Civil Procedure 1.600 respectfully requests that this Court authorize it to deposit tax deed surplus funds into the Court Registry and in support states:

      1.     This action for interpleader relates to a tax deed sale conducted by BROWARD COUNTY for certain real property sold on March 21, 2018.

1

2. After the deduction of costs as authorized by §197.582, Florida Statutes, BROWARD COUNTY holds $263,968.84 in surplus funds from the above-referenced tax deed sale.

3. BROWARD COUNTY is unsure as to which parties in this action may hold a valid claim against the surplus funds.

4. As a result BROWARD COUNTY, pursuant to Florida Rule of Civil Procedure 1.600, moves for an Order of Interpleader authorizing it to deposit the tax deed surplus funds in the Court Registry so that this Honorable Court can determine the appropriate distribution.

**WHEREFORE**, BROWARD COUNTY respectfully requests that this Honorable Court enter an Order of Interpleader authorizing it to deposit the surplus funds in the Court Registry and such other relief as may be proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2019, a copy hereof was served by an automatic email generated by the Florida Courts E-Filing Portal to all parties on the Service List.

Respectfully submitted,

Andrew J. Meyers
Broward County Attorney
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 357-7600
Telecopier: (954)357-7641

By:   /s/ Robert L. Teitler
      Robert L. Teitler
      Assistant County Attorney
      Florida Bar No.: 0361119
      Email: rteitler@broward.org
      Counsel for Broward County

2

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.  CACE18026497   DIVISION  12   JUDGE  Frink, Keathan B. (12)

**Pembroke Pines RLL Holding Corp , et al**

Plaintiff(s) / Petitioner(s)

v.

**Broward County, et al**

Defendant(s) / Respondent(s)

_____/

## AGREED ORDER

   THIS CAUSE having come before the Court on BROWARD COUNTY's Motion to Deposit, and the Court having heard argument of counsel and being otherwise fully informed, it is:

   ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED.

   BROWARD COUNTY shall deposited the surplus funds in the amount of $263,968.84 for Tax Deed #38096 into the Court Registry.

   **DONE** and **ORDERED** in Chambers, at Broward County, Florida on _____.

_____

**CIRCUIT JUDGE**

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE18026497    DIVISION 12    JUDGE Keathan Frink

**Pembroke Pines RLL Holding Corp , et al**

Plaintiff(s) / Petitioner(s)

v.

**Broward County, et al**

Defendant(s) / Respondent(s)

_____/

## AGREED ORDER

THIS CAUSE having come before the Court on BROWARD COUNTY's Motion to Deposit, and the Court having heard argument of counsel and being otherwise fully informed, it is:

ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED.

BROWARD COUNTY shall deposited the surplus funds in the amount of $263,968.84 for Tax Deed #38096 into the Court Registry.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 05-10-2019.

CACE18026497 05-10-2019 2:52 PM

Hon. Keathan Frink
**CIRCUIT JUDGE**
Electronically Signed by Keathan Frink

**Copies Furnished To:**
Abc Legal Batch Admin , E-mail : devEfile@ABCLegal.com
Alison Churly-Davis , E-mail : achurlydavis@browardclerk.org
Annika M. Miranda , E-mail : usafls-hqdkt@usdoj.gov
Annika M. Miranda , E-mail : reina.sanchez@usdoj.gov
Annika M. Miranda , E-mail : annika.miranda@usdoj.gov
Robert L Teitler , E-mail : dvallejo@broward.org
Robert L Teitler , E-mail : rteitler@broward.org
Victor K Rones , E-mail : jrones@victorkronespa.com
Victor K Rones , E-mail : law@victorkronespa.com